IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SNYDER, individually and on behalf of all others similarly situated,<br>   *Plaintiff,*<br><br>   v.<br><br>DAVID'S BRIDAL, INC.,<br>   *Defendant.* | :<br>:<br>:<br>:<br>:  **CIVIL NO. 24-3411**<br>:<br>:<br>:<br>: |
| OLIVIA FRAGOMENI, individually and on behalf of all others similarly situated,<br>   *Plaintiff,*<br><br>   v.<br><br>DAVID'S BRIDAL, INC.,<br>   *Defendant.* | :<br>:<br>:<br>:<br>:  **CIVIL NO. 24-3412**<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **8th** day of **October 2024**, upon consideration of Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (Case No. 24-cv-3411, ECF No. 6) and Chief Judge Goldberg's Order consolidating the above-captioned civil actions and reassigning the later case to this jurist (Case No. 24-cv-3412, ECF No. 7), it is **hereby ORDERED** Plaintiffs' Motion (Case No. 24-cv-3411, ECF No. 6) is **GRANTED as follows:**

  1.  The above-captioned cases are **CONSOLIDATED** pursuant to Federal Rule of Civil Procedure 42(a).

  2.  The case file for this Consolidated Action will be maintained under Master File No. 2:24-cv-03411-KNS and the action shall hereinafter be referred to as "*In re David's Bridal Data Breach Litigation.*"

  3.  Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with

the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

4. The Clerk of Court shall mark **CLOSED** for statistical purposes any and all cases that have been designated related to Civil Action No. 23-3411 and shall henceforth be designated related to and consolidated with the Lead Case.

5. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Kenneth J. Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert and Kevin Laukaitis of Laukaitis Law LLC as interim co-lead class counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action.

6. Plaintiffs in the Consolidated Action shall file an operative, consolidated complaint on or before November 8, 2024.

7. Defendant shall file a responsive pleading thirty (30) days after Plaintiffs file their consolidated complaint.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**